No. 70. KING *v.* UNITED STATES.

Argued October 23, 1929. Decided October 28, 1929. *Per Curiam:* Judgment affirmed on the authority of *Albrecht* v. *United States,* 273 U. S. 1. Messrs. Clarence Wood, S. X. Christensen, and Leon J. Dugan were on the brief for petitioner. Assistant Attorney General Sisson, with whom Solicitor General Hughes, Assistant Attorney General Luhring, Mr. George C. Butte, Special Assistant to the Attorney General, and Mr. Harry S. Ridgely were on the brief, for the United States.

No. 18. SUTTER ET AL. *v.* MIDLAND VALLEY R. Co.

Argued October 24, 1929. Decided October 28, 1929. *Per Curiam:* The writ of certiorari herein [278 U. S. 597] is dismissed as improvidently granted, in that it now appears that the petition for certiorari did not adequately and fairly disclose the questions involved and the grounds upon which the state court rested its decision. See *Davis* v. *Currie,* 266 U. S. 182. Mr. Harry William Hart, with whom Messrs. Charles G. Yankey, John Gleason, Glenn Porter, Enos E. Hook, and W. G. McDonald were on the brief, for petitioners. Messrs. O. E. Swan and James D. Gibson were on the brief for respondent.